**Brett Thomas MARSHALL, Appellant,**

v.

**DIRECTOR OF REVENUE,
Respondent.**

No. WD 43640.

Missouri Court of Appeals,
Western District.

June 25, 1991.

Joseph Y. DeCuyper, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jatha B. Sandowski, Sp. Asst. Atty. Gen. (argued), Jefferson City, for respondent.

Before NUGENT, P.J., TURNAGE and GAITAN, JJ. and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Brett Thomas Marshall appeals from order of trial court affirming the revocation of his driver's license for refusing to submit to a chemical breath test. § 577.041 R.S.Mo.1986.

Affirmed. Rule 84.16(b).

**George SULLIVAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 43556.

Missouri Court of Appeals,
Western District.

June 25, 1991.

Daniel C. Miller, Sp. Public Defender, Gerald F. McGonagle, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., KENNEDY and GAITAN, JJ., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Appeal from denial of postconviction motion after an evidentiary hearing pursuant to Rule 27.26 (repealed).

Judgment affirmed. Rule 84.16(b).